IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                            2:16-cr-190-2

Luis Armondo Ruiz

ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 66) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to the lesser included offense of Count 1 of the indictment, and he is hereby adjudged guilty on that offense. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: February 10, 2017          s\James L. Graham
                                        James L. Graham
                                        United States District Judge